O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUMBSDEN SANGSTER, | ) | Case No. EDCV 12-02007-JAK (OP) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| SAN BERNARDINO COUNTY SEHRIFF DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo.

/ / /

/ / /

/ / /

1    IT IS ORDERED that the Judgment be entered: (1) accepting this Report and Recommendation; (2) granting Defendants' Motion to Dismiss the First Amended Complaint as barred by the doctrine of res judicata; and (3) directing the Judgment be entered dismissing the First Amended Complaint with prejudice.

DATED: May 15, 2013

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge