JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMBSDEN SANGSTER,<br><br>             Plaintiff,<br><br>     vs.<br><br>SAN BERNARDINO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>             Defendants | Case No. EDCV 12-02007-JAK (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the First Amended Complaint is dismissed with prejudice.

DATED:  May 15, 2013

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge